NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SURFCAST, INC.,**
*Appellant*

**v.**

**MICROSOFT CORPORATION,**
*Appellee*

---

2024-1156, 2024-1160, 2024-1161, 2024-1162

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2022-00423, IPR2022-00590, IPR2022-00591, IPR2022-00592.

---

## JUDGMENT

---

BRIAN SHERWOOD SEAL, Taft Stettinius & Hollister LLP, Washington, DC, argued for appellant. Also represented by SHAUN DARRELL GREGORY; JASON A. HOUDEK, Indianapolis, IN.

JOSHUA JOHN FOUGERE, Sidley Austin LLP, Washington, DC, argued for appellee.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, SCHALL, and CHEN, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

June 4, 2025
Date

Jarrett B. Perlow
Clerk of Court